UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00274-SHK | Date: | June 26, 2025 |
| Title: | K. Phillip Taylor v. Dezos Corporation, et al. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

  Generally, each Defendant must answer or otherwise respond to the complaint within 21 days after service (60 days if the Defendant is the United States). Fed. R. Civ. Proc. 12(a)(1). In the present case, it appears that Plaintiff served the summons and complaint on Defendants Dezos Coporation ("Dezos") and Gladis Isabel Alvarado ("Alvarado) (collectively, "Defendants") but such Defendants did not file an answer or otherwise respond to the complaint. Consequently, on March 28, 2025, Plaintiff requested the entry of default with respect to Dezos. Electronic Case Filing Number ("ECF No.") 8. The Clerk entered the default on March 31, 2025. ECF No. 9. On May 2, 2025 Plaintiff requested the entry of default with respect to Alvarado. ECF No. 12. The Clerk entered the default on May 7, 2025.  ECF No. 13.

  Fed. R. Civ. Proc. 55(a). The defaulted Defendant(s) have not moved to set aside the default nor otherwise responded in this action. However, Plaintiff has not moved for the entry of default judgment. Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing on or before **July 3, 2025**, why this action should not be dismissed, with respect to each defaulted Defendant. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. This Order to Show Cause will be discharged if Plaintiff files, before the deadline set forth above, a motion for the entry of default judgment with respect to the applicable Defendant(s). Fed. R. Civ. Proc. 55(b).

**IT IS SO ORDERED.**